IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. FAITH FAIRBROTHER,

    Plaintiffs,

v.

LINCARE HOLDINGS, INC., et al.,

    Defendants.

_____/

CIVIL ACTION NO.

98-2426-CIV-T-23A

Filed ~~In-Camera~~ and
~~UNDER SEAL~~

## THE GOVERNMENT'S NOTICE OF ELECTION TO
## DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.

Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

3

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

Finally, the United States requests that only the complaint, this notice and the Court's Order be unsealed and served upon the defendant. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, any motions, memoranda, and supporting documents filed by the United States, oppositions filed by the United States in response to the relator's motions, reply briefs, memoranda, and supporting documents, and any orders resulting from any previous motions) should remain under seal and not be made public or served upon the defendant.

A proposed order accompanies this notice.

Respectfully submitted,

**DAVID W. OGDEN**
Acting Assistant Attorney General

**DONNA A. BUCELLA**
United States Attorney

---

**JAY G. TREZEVANT**
Assistant U.S. Attorney
Florida Bar No. 802093
Middle District of Florida
400 North Tampa Street
Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200/274-6198

---

**MICHAEL F. HERTZ**
**POLLY A. DAMMANN**
**MINA RHEE**
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6314

Date: April 14, 2000

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2000, I caused a true and correct copy of the foregoing to be served by first class mail, postage prepaid on the following:

Donald E. Peterson, Esquire
P.O. Box 1948
Orlando, FL 32802

JAY G. TREZEVANT
Assistant United States Attorney