RECEIVED FILED sms
Date 5/17/00
00 APR 26 AM 11:30
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* FAITH FAIRBROTHER,

    Plaintiffs,

v.

LINCARE HOLDINGS, INC., et al.,

    Defendants.

CIVIL ACTION NO.

98-2426-CIV-T-23A

~~Filed In Camera~~ and ~~UNDER SEAL~~

**STIPULATED REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO 31 U.S.C. § 3730(b)(1) AND [PROPOSED] ORDER THEREON**

Relator Faith Fairbrother hereby requests this Court to order dismissal of the above-captioned action without prejudice to the action being renewed either by Relator or by the United States at a later date. The United States consents to this request.

Respectfully submitted,

LAW OFFICES OF MARK ALLEN KLEIMAN

By: _____
Mark Allen Kleiman
Attorney for Relator
Co-Counsel for Relator  4-24-2000

DAVID W. OGDEN
Acting Assistant Attorney General


6

CHARLES R. WILSON
United States Attorney

JAY G. TREZEVANT
Assistant U.S. Attorney
Florida Bar No. 802093
Middle District of Florida
400 North Tampa Street
Suite 3200
Tampa, FL 33602
Tel: (813) 274-6000
Fax: (813) 274-6200, 274-6198

By: /s/ James Yaves
MICHAEL F. HERTZ
POLLY A. DAMMANN
JAMIE ANN YAVELBERG
Attorneys, Civil Division
U.S. Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6314

Attorneys for the United States

Dated: April 24, 2000