UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. FAITH FAIRBROTHER,

    Plaintiffs,

-vs-                                          Case No. 8:98-cv-2426-T-23A

LINCARE HOLDINGS, INC., et al.,

    Defendants.
_____/

**ORDER**

The "Stipulated Request for Voluntary Dismissal Without Prejudice..." (Doc. 6) filed by the Relator and the United States is upon consideration **GRANTED**. The Clerk is directed to close the file.

ORDERED in Tampa, Florida, on _____May 31st_____, 2000.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE