UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
ex rel FAITH FAIRBROTHER; STATE OF
FLORIDA ex rel FAITH FAIRBROTHER

    Plaintiffs,

v.

LINCARE HOLDINGS, INC;
MP TOTAL CARE, INC.;
PARKER MEDICAL; SHAWN PARKER; and
DOES 1-20

    Defendants.
_____/

CASE NO.: CIV 98-0892 FCD DAD

8:98-CV-2426

**FILED *IN CAMERA* AND UNDER SEAL**

### THE STATE OF FLORIDA'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to Florida Statute 68.083(6)(b), the State of Florida notifies the Court of its decision not to intervene in this action.

Although the State of Florida declines to intervene, we respectfully refer the Court to Florida Statute 68.08.(6)(b), which allows the relator to maintain the action in the name of the State of Florida.



Respectfully submitted,
ROBERT A. BUTTERWORTH
ATTORNEY GENERAL

LISA M. YOUNG
ASSISTANT ATTORNEY GENERAL
Medicaid Fraud Control Unit
135 W. Central Boulevard, Suite 1000
Orlando, FL 32801
407/245-0799
Florida Bar Number: 0935395



## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2000, I caused a true and correct copy of the State of Florida's Notice of Election to Decline Intervention to Mark Allen Kleiman, Esquire, 11755 Wilshire Blvd., Suite #2150, Los Angeles, CA 90025; Honorable Janet Reno, Attorney General, U.S. Department of Justice, 10th & Constitution Ave., N.W., Washington, D.C. 20530; Michael A. Hirst, Esquire, Affirmative Civil Litigation Chief, United States Attorney's Office, 555 Capitol Mall, #1550, Sacramento, CA 95814 and Donald E Peterson, Esq., P.O. Box 1948, Orlando, FL 32802 on the 21st day of June, 2000.

ROBERT A. BUTTERWORTH
ATTORNEY GENERAL

LISA M. YOUNG
ASSISTANT ATTORNEY GENERAL
Medicaid Fraud Control Unit
135 W. Central Boulevard, Suite 1000
Orlando, FL 32801
407/245-0799
Florida Bar Number: 0935395